email: rrceas1@yahoo.com                        Telephone: (225) 287-3383

WESTERN DISTRICT OF LA
RECEIVED

JUN 17 2019

TONY R. MOORE, CLERK
BY _____ DEPUTY

U.S. DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Dr. R. Ceasar                          Civil Action No. 5:19-cv-0775 _____

vs.                                    Honorable: _____

_____,
District Judge

Mr. Cash Pay Day Loans                 Honorable: _____

Owner- Mr. Cash                                    Magistrate Judge

Delores Joseph - Manager

American Cash Advance Pay Day Loans

Owner - American Cash Advance

---

# EMERGENCY COMPLAINT & MOTION AND ORDER FOR PRELIMINARY INJUNCTION

NOW INTO COURT, comes plaintiff, Dr. R. Ceasar with a complaint of racial discrimination against above named defendants for denial of loan without just cause in violations of numerous protective class acts for minorities which include Blacks, Hispanics, and women since 1866 and further avers that:

1.

This matter falls under the jurisdiction of the Western District because all parties, businesses, entities, owners, reside or are domiciled and do business in the State of Louisiana, particularly Eunice and Opelousas, Louisiana.

2.

This action arises out of the violations of the Federal Fair Credit and Reporting Act and numerous other civil rights acts , 1866, 1964.983, that gives special protections to minorities to prevent discrimination in lending practices to remedy past discrimination against slave descendants, women, and other minorities targeted by caucasions or others to look for reasons to NOT allow a loan instead of exploring reasons to help the poorest of the poor for St. Landry Parish is one of the top 5 poorest parishes in Louisiana.

3.

A review of the lending records of these predators of the last few years reveals that Blacks have the highest denial rates in lending with most of the predatory lending going to caucasions who really could go to a local bank and qualify for a loan whereas that option is closed to particularly Blacks as historical records of local banks show little or no lending to Blacks or Black Businesses.  Thus, Blacks are forced to go to predatory lenders who are regulated by the State of Louisiana Legislature to lend to Louisiana citizens at a maximum rate of 36% interest, but predatory lenders charges as high as 150 to 800% interest disguising the rates as "fees"! Therefore, Blacks who need as little as $400 to pay a utility bill in July to make ends meet may be about $1000 in the deficit as far as income to expenses and need a little help for 30 to 90 days;  are just plain out of luck, because according to American Cash Advance District Manager on June 12, 2019 to business clerk, " this is an automatic disqualification".

Unbelievable!  Citizens attempt loans for they are usually SHORT OF liquid cash to pay immediate bills.  As a result Cleco and other utility companies show a high rate of disconnects for St. Landry Parish Blacks due to racial

5.

discrimination in lending by local banks and even the last resort predatory lenders of extremely high rate loans above the law of 36%.  Furthermore, records indicate that Mr. Cash and American Cash Advance do not hire Black males in their business!  Unlawful!

4.

The clerks or managers appear to be untrained and completely ignorant of federal laws regarding lending practices similarly like owners who appear to just be out to make a quick buck with qualification policies either non-existent or qualification points are in some cases above that of a state or federal bank leaving poor Blacks in despair, poverty and sometimes pushing them into deeper poverty for the last hope has been dashed because their credit scores are below 600, which is in itself discriminatory because utility bills quality as a credit reference but is not retrieved by the big 3 credit bureaus.  Denial of such loans lowers the credit scores even more for one is now late in payment or no payment of $400 utility bill in July or August!  Thus, the predatory lender has damaged the applicant even more so!

5.

On June 12, 2019, Dr. R. Ceasar sought a pay day loan at American Cash Advance to no avail due to alledgely not enough income, but only allowed one income, stating that mutiple incomes are not allowed.  Results are automatic disqualification for Blacks, who in some cases have 3 jobs. A second disqualification, according to the district manager, a caucasion female about age 28 is being in the deficit income to expense!  Really, one would surmise that all applicants are in a deficit or they would not APPLY! Why apply for a predatory loan when records reveal you have a SURPLUS OF MONEY?  Unbelievable racial discrimination tactics even against U.S. Miltary Veterans!

6.

Dr. R. Ceasar, plaintiff   ;qualified for loans at both entities, but was turned away in violation of racial discrimination laws and violations of

6

some constitutional amendments and thus these 2 business should be closed until they comply with federal law for they are not serving the needs of ALL local citizens, just those who really don't need a predatory loan and could go to a local bank.

7.

Dr. Ceasar is a U.S. Navy Veteran, former commissioned officer and deserves better. He is also a learned individual, a civil rights icon, 32nd Degree Mason, and pillar of his community. The Black male used accounts with banks or credit unions that he has had good relationships with, for at least one year with little or no return checks, checking and savings accounts maintained in an exemplary manner for over a year and even qualifies for overdraft protections due to his outstanding maintenance of the accounts. This meant nothing to these 2 predatory lenders who really had no good reasons to deny a $300 to $400 30 day loan. The income is there, the screening entities gave Dr. Ceasar a very high rating. However, with no checklist or lending policy in place, these two entitities make up the policies on a daily basis depending on who is applying. This is not only wrong, but also illegal and unlawful!

8.

On June 12, 2019 a Wednesday afternoon, Dr Ceasar, after being denied a temp loan at American Cash Advance where he gave many documents, references, utility bill, drivers license, voter registration, proof of employment, checking and savings account statements etc., a complete invasion of privacy when a need is an automatic disqualification, he could have kept all this confidential information to himselt within a 2 minute interview, but they both have no checklist or lending policy. Just give us this or give us that! Dr. Ceasar should have been a slam dunk approval with Mr. Cash on June 12 because he last obtained a $200 loan for a big item furniture purchase in Lake Charles, LA in February 2019 and promptly paid the loan back before the 30 day deadline. However, after informing the nice caucasion clerk that his information was already in their computer system and he would like a $350 30 day loan, the mean looking Black lady

7

manager intervened and began to show her authoritative demeanor, stating "you need another application here, that was in Lake Charles". Dr. Ceasar explained that the Lake Charles office had encouraged him to simply drop by any office in the area from Opelousas to Lafayette to Eunice to Lake Charles to get a future loan within minutes because of his good payment record. The mean Black lady manager appearing to not like her own race of people called the headquarters to see if indeed Dr. Ceasar was a client. According to the mean Black woman, yes you are in the system, but " you have something back in 1998." Dr. Ceasar was appalled and stated, " you're kidding right"? The mean Black woman, said I'm serious and asked Dr. Ceasar to leave the premises for simply stating, "maam, I don't know what you are talking about and it did not prevent the February 2019 loan and furthermore, thats illegal, nothing counts after 7 years but judgments! Dr. Ceasar saw the hate in the mean Black woman's eyes ( stems from slavery), Blacks were taught to hate each other and cling to their master. Wow! This is 2019, but this is a page out of; it appears 1950s!

Wherefore, the racial discrimination in lending practices in Eunice, LA ; St. Landry Parish is blatant, hurting to Blacks and systemic; a preliminary injunction is requested to stop the business from practicing these acts without a clear screening process that is fair to all people until a hearing is held to determine compliance with federal laws and Louisiana State Legislative laws governing the practices of these predatory lenders. Furthermore, plaintiff seeks the award of compensatory damages of $100,000 from each defendant and $25,000 in punitive damages from each to send a message to others you must lend to all citizens fairly or you will pay or cease to exist as a business.

Finally, plaintiff prays for trial by jury and seeks immediate emergency injunctive relief due to the urgency and serious of these very gross violations of civil rights laws, like these laws do not even exist ,to help people of color who have suffered years of oppression, discrimination, unfair lending practices that push them deeper into already the poorest of poverty due to such tactics!

8

Respectfully submitted by:

P. O. Box 1281

Opelousas, LA  70571

email:  rrceas1@yahoo.com                    Ph:  (225)  287-3383

xc:    NAACP Defense Counsel - New York

# CERTIFICATE

This is to certify, that a courtesy copy of the afore-mentioned pleadings has been served upon all parties, by depositing same in U.S. mail, postage prepaid and properly addressed.

This the _____12th_____ day of our Lord,

_____June_____, 2019.

D. R. Ceasar   6/12/2019

D. R. Ceasar

P. O. Box 1281

Opelousas, LA  70571

email:  rrceas1@yahoo.com                Telephone:  (225) 287-3383

xc:  Owner

   American Cash Advance

   1400 West Laurel Ave., Suite E

   Eunice, LA  70535

   Telephone:  (337) 457-9939

   Fax:  (337) 457-9942

Owner

Mr. Cash Pay Day Loans

1950 W. Laurel Ave.

Eunice, LA  70535

1